**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Betty Kiser,                                                              Civil No. 11-2701 (DWF/SER)

          Plaintiff,

v.                                                                                **ORDER ADOPTING REPORT
                                                                                      AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of the Social
Security Administration,

          Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 19, 2012 (Doc. No. 6). No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of United States Magistrate Judge Steven E. Rau dated March 19, 2012 (Doc. No. [6]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 20, 2012                    s/Donovan W. Frank
                                                        DONOVAN W. FRANK
                                                        United States District Judge